RECEIVED
SDNY PRO SE OFFICE
2021 APR 16 AM 10:31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yvonne Frost

Write the full name of each plaintiff.

____CV__________

(Include case number if one has been assigned)

-against-

TRINIDAD Government

BJ's Wholesale Club Holding Inc

BOB EDDY

CHRISTOPHER BALDWIN

BJ's Wholesale Club

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

# COMPLAINT

Do you want a jury trial?

☐ Yes ☐ No

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

(1) DISCRIMINATION
(2) ABUSE OF POWER
(3) PERSECUTION
(4) RETALIATION

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ______________________, is a citizen of the State of
(Plaintiff's name)

______________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ____________________, is a citizen of the State of
(Defendant's name)

____________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

____________________.

If the defendant is a corporation:

The defendant, ____________________, is incorporated under the laws of

the State of ____________________

and has its principal place of business in the State of ____________________

or is incorporated under the laws of (foreign state) ____________________

and has its principal place of business in ____________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Yvonne Frost

First Name | Middle Initial | Last Name

40 Ann Street

Street Address

New York | NY | 10038

County, City | State | Zip Code

NONE | Yvonne.Frost1@aol.com

Telephone Number | Email Address (if available)

Defendant 1 BJ's wholesale Club Holding Inc

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 2 BOB EDDY

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3 TRINIDAD GOVERNMENT

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

NEW YORK NY

County, City State Zip Code

Defendant 5: Christopher Baldwin

Defendant 4: BJs' Wholesale Club
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Massachusetts & Vision

Date(s) of occurrence: March 12th, 2021 – April 8th, 2021

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The Wall Street Journal gives Mr. Lee Delaney's death as "presumed natural causes". He was 49 years old. Based on other circumstances and evidence, I say Mr. Delaney's heart was intentionally stopped by some one (a man) holding a long insiduous grudge.

Mr. Delaney had become a big problem to two people on/at his job. It appeared to me at one time there was a problem and Mr. Delaney said he would take it out (dock) one of their salary. I heard one of the two said "Is like every two days" he keep hearing Mr. Delaney's pitch on "set not your heart on the things of this world".

It appeared to me Mr. Delaney held the C.E.O's position one of his co-worker previously

held. Don't put me through no test - you aint no test for me" I heard one said.
One said to the other while conversating "You don't see the nose have color". See (exhibit A).
One of them could not stand the presence of Mr Delaney. He insiduously studied and stalked him. He knew his spiritual and physical Resume. His spiritual gift was similar in worth like the/his physical worth. I heard him/one said "The baby is just like the father"
One of two conspiree said "I know how to hit

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Decrease in vision, memory, hearing. Decline health and hygiene. Blurry eyes, temple pain, neck pain, chest pain. Blocked paths to housing + food. Oppression. Stalked, monitored. Traumatized. Overwhelm. Exposure to the elements. Swollen ankles. Renown dirty clothes. harassed. uncomfortability. mental pressure.

IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to bring in the F.B.I, C.I.A, Biden team and L. James to investigate.
I would like to ask the court to order the defendants restore all what was swindled and to compensate me for creating hardships, stressors, and

...with in- ...ich as His- ..., mobility hijabs from ...ings. ...ttled the law- ... has removed ... as targeting ...dged to work address the ...oncerns. ...led a lawsuit ...merican Civil ...agreeing to ...ng studying ...iatory out- ...by its algo-

...earch spot- ...acebook, a ...problem has ...e industry, ...nski, a com- ...searcher at ...versity who ... the USC ...rch into ra- ...e delivery

...ut how to ...hort-term ...off rele- ...housing, ...nt ads,"

...the ana- ...weak perfor- ... stock markets ...uary has sapped Chi- ...consumers' appetite for buying new vehicles in recent weeks, the association said.

Once a key source of growth, China has become a tough place for U.S. auto makers in particular. **General Motors** Co. sold 780,200 vehicles in the January-to-March period, its worst first quarter in China since 2012, not counting virus-hit 2020.

... in the period in 2018, ... best year in China.

In contrast, premium auto makers have continued to thrive as greater numbers of affluent Chinese consumers trade up from mass-market brands, a trend that has chiefly benefited German auto makers. **BMW** AG and Mercedes-Benz-maker **Daimler** AG both broke sales records in the quarter, selling 229,748 and 222,520 cars in China, respectively.

Electric-vehicle sales also surged in the quarter, with 437,000 units sold—a nearly

Source: China Passenger Car Association

8% market share. Those increasing sales have brought EVs into the mainstream in megacities such as Beijing and Shanghai, where most of the country's EVs are sold.

In March, **Tesla** Inc. had by far its best month in China, selling 35,478 locally built Model 3 and Model Y cars, according to the passenger-car association, suggesting that recent controversies over quality issues and the potential for

Co.—collectively ... market share in March, according to the China Passenger Car Association.

U.S.-listed Chinese EV start-ups **Li Auto** Inc., **Nio** Inc. and **XPeng** Inc. all reported record quarterly sales, though their combined tally of roughly 46,000 cars for the first quarter means they still significantly lagged behind the market leaders in terms of volume.

*—Raffaele Huang contributed to this article.*

# BJ's Chief Executive Dies at Age 49

By Allison Prang

**BJ's Wholesale Club** Holdings Inc. said Friday that its chief executive and president, Lee Delaney, had died unexpectedly.

The Massachusetts-based retailer said Mr. Delaney died Thursday "due to presumed natural causes." Mr. Delaney was 49 years old.

BJ's board named Chief Administrative and Financial Officer Bob Eddy as interim CEO, effective immediately. Board Chairman Christopher Baldwin—previously CEO of BJ's—was named executive chairman.

Mr. Delaney became CEO in February 2020 and joined the board at that time. He started at the company as chief growth officer and executive vice president in 2016. In 2019, he became president.

"Lee's strategic vision and leadership have been instrumental in the transformation of BJ's Wholesale Club," Mr. Baldwin said in late 2019 regarding Mr. Delaney's CEO appointment.

Earlier in his career, Mr. Delaney worked for 20 years as a partner at consulting firm Bain & Co. in its Boston office, where he worked on the consumer products practice, according to BJ's. He also worked for Deloitte Consulting and Electronic Data Systems.

He had a bachelor's degree from the University of Massachusetts and an M.B.A. from Carnegie Mellon University.

BJ's, like many large retailers, has seen a significant bump in sales amid the Covid-19 pandemic. In the fiscal year that ended Jan. 30, total revenue jumped 17% to $15.43 billion. Comparable club sales rose nearly 16% year over year.

BJ's has 221 club locations in the U.S.



GRETCHEN ERTL/AP IMAGES FOR BJ'S

**Lee Delaney, shown in 2017, was CEO and president of BJ's.**

Exhibit A

FACT (2)

him."
I further heard "Three of you all will die - you will pay a price with your money."
Discrimination, persecution and insiduous jealousy continues to run rampant and infest the two co-workers.
The three: his physical money, spiritual life money and physical death.
Mr. Delaney was not like his two co-workers. He knew their profiles. I heard them said "The chocolate chip cookies (diversification) Mr. Delaney spoke about was not worth investing into but nice."
They were offended by what he said about the cookies.
Jesus took me in the spirit to warn him.
He gave me his wallet. I saw him hid a chair and a bag with stuff in the root of a tree. He told me I can "live in his house". "Stay there" he said to me.
"Stay there for free" he said.
I put on his pair of boot testing it - trying them on.
"How much you giving me?" I heard a conspire said.
"Take from the one already use from" I further heard.
"Look half raw oil already there" I heard further.
I was physically waiting on a reply yesterday from Jesus.
I had asked him exactly how did Mr. Delaney got hit in the back. Jesus previously told me Mr. Delaney "got hit in his back."
This morning (3:00am) I saw a scenario with a man altering/tampering with two different sets of lights. He stopped the strobing/ticking light and replaced it with a non ticking/strobing one.
The first paragraph in the Wall Street Journal informs us Mr. Delaney died suddenly. Murder that's

FACT (3)

what one co-worker did to Mr. Delaney. I saw one of them telling the other "the baby was sleeping/went to sleep and died in his sleep."

The other man replied "I know he aint getting back up again."

"The house fall but I can build it back up on my own" I next heard.

"Go get your job back from out the garbage" I heard one telling the other.

"Aint no accident I flew in to intentionally murder you" I heard.

When I saw Mr. Delaney hiding the stuff in the root of the tree he told me "He sot it up a specific way and he knew why he did it so".

I heard he counted 1, 2, 3.

He pointed out one hundred million to me "I said I see it."

FACT (4)

I am homeless. I sleep in nooks at the side of streets changing and interchanging them about every two days. I am a physical and mental target by others.

I am a constantly targetted victim of sexual assault, mental and physical harm there. This is the temporary miracle break-through for the nook issues, sexual assault and escalating problems.

The court knows about my sexually transmitted Infection (STI) and the block paths to get help to treat the infection. This rash/infection Clears and Reappears. I know it is because of a sexual projection ongoing issue caused by another defendant. I can tend to the infection in the comfort and privacy of my miracle break-through shelter for myself.

My physical hygiene has deteriorated. I have been changing and interchanging two sets of dirty clothing like what seems forever. This is the miracle breakthrough for the maggot clothing issue and infection.

I have not taken a bath in over a year and a half. This is the break-through for the stinky-hygiene problem. The miracle shelter is the break-through answer to solve the problem.

I am aneamic with low blood count. I can cook my own nutrional meals and prepare my own healthy drinks to raise my blood level in this break-through shelter - it is the answer to solve the aneamic low blood count issue.

Most times I need support to stand upright because of a weak stomach and pelvic collapse problem. I need to rest my physically swollen ankles, pricked heels and soles. My painful and bent

FACT (5)

neck caused by an injected syringe need a pillow. A bed would be the right choice to aleve such weakness and pain. This miracle house is the break-through.

To sum up there could not come a better time or timing for this shelter break-through. A defendant's relative and family members appear to have lost their minds intentionally tormenting me. Via magic these "disturbers" constantly change their appearances

This is the temporary break-through for solving their insanity problems.

I have had a medical pre-existing condition for over seventeen years (17). A nook is no place for so "old" a condition. It don't get better with time - this 'condition' deteriorates. It started deteriorating a couple years ago.

RELIEF (2)

pain and sufferings.
I would like to ask the court/team to immediately give me clearance to enter the house and start the process of living a normal life in my 'gifted shelter' because of the severity of the case and issues at hand. Please give the key to my Bishop.
I would like to ask the court/team to prosecute accomplices, wrongful actions and "alleged" murderers. Fire them all, take away all salaries and retirement benefits, perks and investments.
I would like to ask the court/team to order BJ's employee put back/restore all what they have swindled and or stolen, and will it/them to me (spiritual and physical).

OTHER RELIEF:
Seeking 3 professionals to set up (immediately)
L. Delaney Diversification Online Foundation

I am donating the first million (1m).
The money would be used to give to colored people alive deserving rewards (earned it).

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

04/12/21 — Dated
Yvonne Frost — Plaintiff's Signature

Yvonne — First Name
Middle Initial
Frost — Last Name

40 Ann Street — Street Address

New York — County, City
NY — State
10038 — Zip Code

None — Telephone Number
Yvonne.Frost1@aol.com — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

YVONNE FROST
40 ANN STREET
NEW YORK NY 10038

EMERGENCY

USMAIL
SDNY

UNITED STATES S.D COURT
COURT OF APPEALS
40 CENTRE STREET
NEW YORK NY 10007

2021 APR 12 PM 1:26
COURT OF APPEALS
SECOND CIRCUIT
DEPOSITORY

2021 APR 15 AM 10:50
SDNY PRO SE OFFICE
RECEIVED